## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Richard Johnson, a Task Force Officer (TFO) with the Federal Bureau of Investigation, being duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I am a certified law enforcement officer being duly certified in 1999 by the State of Mississippi and have worked in law enforcement for nineteen (19) years. During these nineteen (19) years, I have investigated numerous types of violations such as narcotics violations, public integrity violations and cybercrime offenses. I obtained a Bachelor of Science in Criminal Justice Degree in May of 1999 from Delta State University. Throughout my law enforcement career, I have received specialized training and have received numerous certificates pertaining to law enforcement. For the past nine (9) years, I have been employed with the Mississippi Attorney General's Office as an Internet Crimes Against Children Investigator. I have investigated cybertips that are distributed by the National Center for Missing and Exploited Children (NCMEC). I have also been involved in investigating Peer-to-Peer cases as well as online chat cases involving child exploitation. I have received training in cybercrimes and computer forensics. I have also received training in investigative techniques and undercover chat for internet crimes against children. I am currently assigned to the Federal Bureau of Investigation Child Exploitation Task Force.

2. I have been assigned as a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) since December 1, 2013, and am currently assigned to the Jackson Division of the FBI. While employed by the FBI, I have investigated federal criminal violations related to

1

child exploitation and child pornography. I have gained experience through training opportunities and everyday work related to conducting these types of investigations.

3. As a Task Force Officer, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

**CURRENT INVESTIGATION**

4. On March 30, 2017, a search warrant was obtained from the United States District Court for the Southern District of Mississippi, to investigate activities of an Internet account registered to JOHN HOWARD who resides at 475 Creston Avenue, Jackson, Mississippi 39212. The search warrant was executed on April 3, 2017. During the execution of the search warrant, it was determined that Cody Clines ADKINS also resides at the residence. John and Cody live at the residence with their mother Shirley Howard. All three individuals were interviewed, John and Shirley have not seen child pornography, and did not know who would be downloading child pornography at the residence. During Cody Clines ADKINS' interview, he admitted to downloading child pornography using Shareaza and Bitorrent. Cody Clines ADKINS used search terms like "PTHC" and "RAYGOLD". Cody knows "PTHC" means Pre-Teen Hard Core, but does not know what "RAYGOLD" means, only that he would get child pornography when he entered that search term. Cody Clines ADKINS stated that he is the one responsible for downloading the child pornography. Cody Clines ADKINS also stated that when he had to reinstall Shareaza and Bitorrent programs on his computer, that he would forget to change the settings and child pornography images were shared with others. Cody Clines ADKINS' brother and mom had no idea he was looking at child pornography. Cody Clines ADKINS admitted to viewing and masturbating to the child pornography but said he had never acted on a fantasy.

5. The forensic examination of the electronic devices seized on April 3, 2017, is almost complete. Due to the numerous electronic devices seized during the search warrant and the high volume of images and videos on the devices, it has taken time to go through the images and videos to locate the self-produced ones.

6. On June 20, 2018, Task Force Officer (TFO) Richard Johnson was reviewing and tagging child pornography images from electronic devices seized from Cody Clines ADKINS. During the review, TFO Johnson noticed images and videos that appeared to be self-produced. Some of the child pornography images depicted Cody Clines ADKINS molesting both a young boy and a female child. Through further review, TFO Johnson found child pornography images and videos that contained Global Positioning System (GPS) coordinates. Several images were taken with an I-Phone 6 plus on May 16, 2015. The images depict a small prepubescent boy approximately 3-5 years old. The little boy has a spider man shirt pulled up; bottom is completely nude exposing the child's penis. The image shows an adult male penis and hand touching the little boy's penis. TFO Johnson has seen Cody Clines ADKINS in person and he is a red headed fair complexion individual with freckles. The GPS coordinates associated with the child pornography images come back to an address listed as a previous address for Cody Clines ADKINS in Jackson, Mississippi.

7. TFO Johnson viewed a video of a prepubescent female child lying nude in a bed. The female child is approximately 7-10 years old and there is an adult male's hand inserting his finger into the prepubescent child's vagina. The male hand matches the hand in the other images of the prepubescent boy. There are also GPS coordinates associated with the video and the coordinates match a prior address of Cody Clines ADKINS in Jackson, Mississippi.

8. TFO Johnson also viewed a video that contained the face of Cody Clines ADKINS, and the face of the female victim. Although this video does not contain any nudity, it confirms Cody Clines ADKINS has access to the female child.

9. Based on the foregoing information, your Affiant believes sufficient facts have been set forth to establish probable cause that Cody Clines ADKINS has produced, and is in possession of child pornography in violation of Title 18, United States Code, Sections 2251(a)(e) and 2252(a)(4)(B).

10. Based upon the foregoing, your Affiant respectfully requests that this Court issue an arrest warrant for Cody Clines ADKINS.

_____
Richard Johnson
Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed before me this 25th day of June 2018.

_____
United States Magistrate Judge

4